## THE STATE v. SHAW.

1. Intoxicating liquor: EXCESSIVE FINE: REMITTITUR. Section 1562 of
the Revision, fixes the fine on the first conviction for selling intoxi-
cating liquor at *twenty* dollars, and it is error to adjudge the fine at
*twenty-five* dollars; but upon a confession of the error by the State,
and an offer to remit the excess, the judgment below was modified
accordingly and affirmed.

2. ——— LENGTH OF IMPRISONMENT: CONFLICT OF STATUTES. The
express and special provision of said section 1562, that the defendant
"shall stand committed ten days unless the fine and costs be sooner
paid," controls as to the length of time of imprisonment in such case,
rather than the general provision of the statute (§ 4881) that fixes
the imprisonment at one day for every three and one-third dollars
of the fine.

*Appeal from Delaware District Court.*

MONDAY, DECEMBER 9.

AN information was filed before a justice of the peace,
accusing the defendant of the crime of selling intoxicat-

The State v. Shaw.

ing liquor by the drink at a public saloon, contrary to law. There was a jury trial before the justice, and the defendant was found guilty and sentenced to pay a fine of twenty dollars, and costs of prosecution, and to stand committed till fine and costs were paid. The defendant appealed to the District Court, where he was again tried by a jury and found guilty. The District Court adjudged the defendant to pay a fine of *twenty-five* dollars and costs, and to stand committed "till the fine be paid at the rate provided by law." From this judgment the defendant has appealed to this court.

*A. E. House* for the appellant.

*H. O'Connor*, Attorney-General, for the State.

COLE, J. — The fine fixed by statute (see Revision, section 1562,) for the offense charged in the information, is

1. INTOXICAT-ING LIQUOR: excessive fine: remittitur. "twenty dollars, and the costs of prosecution." It was error therefore for the District Court to adjudge the fine at twenty-five dollars. *Walters* v. *The State*, 5 Iowa, 507. The attorney-general in his written argument confesses this error, and offers to remit the five dollars excess.

The same section of the statute also provides that the defendant "shall stand committed ten days unless the

2. —— length of imprison-ment: conflict of statutes. same (fine and costs) be sooner paid." This express and special provision as to length of the time of imprisonment for this offense, will control, rather than the general provision that fixes the imprisonment at one day for every three and one-third dollars of the fine. See Rev. § 4881. The judgment will be modified accordingly and affirmed. The appellant will not be adjudged to pay the costs of this appeal.

Affirmed.